| | | | |
|---|---|---|---|
| | AUSA: Philip Jacques | Telephone: | (313) 226-9654 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Kenton Weston, ATF | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Patrick Pugh

Case: 2:25−mj−30562
Assigned To : Unassigned
Assign. Date : 9/8/2025
Description: CMP USA v Pugh (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 6, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kenton Weston, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 8, 2025

*Judge's signature*

City and state:  Detroit, MI

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

**I.    INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since January 2018. I graduated from the ATF Privately Made Firearm and Machine Gun Conversion Train the Trainer Course, Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. During my employment with ATF, I have conducted and/or participated in over a hundred criminal investigations focused on firearms, drug trafficking violations, and criminal street gangs in the Eastern District of Michigan. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and more than two hundred arrests.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

3. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent crimes, committed with firearms, in the city of Pontiac, Oakland County, and the Eastern District of Michigan.

4. I make this affidavit from personal knowledge based on my participation in this investigation, interviews, communications with others who have personal knowledge of the events and circumstances described herein, reports, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

5. The ATF is currently conducting a criminal investigation concerning Patrick PUGH, (DOB: XX/XX/1996), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

2

## II. PROBABLE CAUSE

6. On September 6, 2025, officers of the Detroit Police Department (DPD) Gang Intelligence Unit were conducting fixed surveillance at a funeral home located in Detroit, Eastern District of Michigan. DPD observed a black male with braids wearing all black with designs on his shirt, later identified as PUGH, staring at a DPD police car passing in the parking lot. When the police car passed, PUGH started walking to a tinted 2021 gray Jeep Grand Cherokee in the parking lot. As PUGH was walking, he reached his right hand into his waistband and grabbed the grip of a pistol with a dark colored inserted extended magazine in his waistband while still looking toward the police car's direction. PUGH then went to the driver's door of the gray Jeep Grand Cherokee and appeared to place the pistol into the vehicle and closed the door. After PUGH closed the car door, DPD observed PUGH's shirt up which revealed that he no longer had the pistol in his waistband. DPD continued observing the gray Jeep. Approximately 10-15 minutes later, DPD then observed PUGH return to the Jeep driver's door, bend into the vehicle as if retrieving the pistol, and observed PUGH manipulate the front driver's door causing the front driver door

3

to sway back and forth as PUGH was doing a stuffing motion. Based on my training and experience of investigating prohibited individuals in the Eastern District of Michigan, I am familiar with individuals manipulating the window regulator of vehicles to stash illegal pistols or other illicit items in order to evade law enforcement.

7. As DPD observed these actions, an officer advised over radio that PUGH was stashing a pistol in the driver's side window regulator of the vehicle. PUGH then walked away from the vehicle as two females entered the vehicle. Approximately two minutes later, the Jeep departed from the location, traveling eastbound.

8. Moments later, a traffic stop of the Jeep was executed at the intersection of Plymouth/Warrick, DPD officers at the scene made contact with the driver who did not possess a driver's license and provided consent to search the vehicle. At this juncture, DPD then lifted the loose driver side window regulator and observed a black extended Glock magazine loaded with multiple live rounds and a Glock 19 Gen 4 9mm pistol upside down with the handle facing the sky inside of the driver side door. PUGH was not in the vehicle but PUGH's identification card was in the vehicle.

4

9. On or about the same time and east of the traffic stop of the Jeep, DPD officers at an unrelated traffic stop observed PUGH abruptly and quickly exit out the rear driver side of a gray Dodge Durango that was heading east bound on Plymouth and stationary at a red light. PUGH fled on foot through traffic, was subsequently apprehended, and arrested.

10. I conducted a search of the Law Enforcement Information Network (LEIN) for PUGH's felony convictions and noted the following:

   a. August 10, 2017 - Michigan's 3rd Circuit Court - Felony Weapons-Carrying Concealed (Pled Guilty); Police Officer-Assaulting/Resisting/Obstructing (Pled Guilty)

   b. November 5, 2019 - Michigan's 6th Circuit Court- Police Officer - Fleeing - Third Degree - (Pled Guilty)

11. During a March 28, 2025, execution of a federal arrest warrant for PUGH, he confirmed he knew he was not allowed to possess firearms due to his prohibited status. Additionally, on April 2, 2025 PUGH was indicted (2:25-cr-20214) for violating 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. §1028A(a)(1) (Aggravated Identity Theft) , 18 U.S.C. §

922 (g)(1) (Felon in Possession of Ammunition), and 21 U.S.C. § 841(b)(1)(C) (Possession of a Controlled Substance with Intent to Distribute).

12. I contacted Special Agent Kara Klupacs, an ATF Interstate Nexus Expert, and gave her a verbal description of the recovered Glock pistol. Based upon the verbal description, Special Agent Klupacs advised that the firearm qualifies as a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898. Therefore, the weapon traveled in and affected interstate commerce.

## III. CONCLUSION

13. Probable cause exists that, on September 6, 2025, within the Eastern District of Michigan, Patrick Pugh, knowingly possessed a Glock pistol, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

Date: September 8, 2025